# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TYRONE HURT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:20-cv-00100-PLC |
| D.C. BOARD OF PAROLE, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Tyrone Hurt's motion to proceed in forma pauperis on appeal and motion to appoint counsel. (Docket No. 9). When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. Therefore, the motion to proceed in forma pauperis on appeal will be denied. *See* 28 U.S.C. § 1915(a)(3). Likewise, as plaintiff's appeal is not taken in good faith, the Court will not appoint counsel.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal and motion to appoint counsel (Docket No. 9) is **DENIED**.

Dated this 26th day of May, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE