**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| TYRONE HURT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-cv-00100-PLC |
| ) | |
| D.C. BOARD OF PAROLE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Tyrone Hurt's second motion to proceed in forma pauperis on appeal. (Docket No. 13). The Court denied plaintiff's previous motion because when the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. For the same reason, plaintiff's second motion to proceed in forma pauperis on appeal will also be denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal and motion to appoint counsel (Docket No. 13) is **DENIED**.

Dated this 10th day of June, 2020.

*/s/ John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE